■ DOROTHY HARRIS, Respondent, v. WILLIAM HARRIS, Appellant.— Motion by defendant for leave to appeal to this court from an order of the Appellate Term of the Supreme Court, which affirmed a judgment of the Municipal Court

of the City of New York. Motion denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.